MCGREGOR W. SCOTT
United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814

PAUL HAM
ERIN B. ASHWELL
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone (202) 307-6421

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA;<br><br>    Plaintiff,<br><br>  v.<br><br>HAROLD W. BETTIS; MARIA BETTIS; MISSION HILLS MORTGAGE CORPORATION; STATE OF CALIFORNIA FRANCHISE TAX BOARD; BETTIS FAMILY TRUST,<br><br>    Defendants. | Civil No. 2:07-cv-00491-DFL-EFB<br><br>**STIPULATION AND ORDER OF DISMISSAL OF STATE OF CALIFORNIA FRANCHISE TAX BOARD WITHOUT PREJUDICE** |

  IT IS HEREBY STIPULATED AND AGREED by the United States of America and the State of California Franchise Tax Board that:

  1. On March 14, 2007, the United States filed this civil action to reduce to judgment federal tax assessments against defendant Harold W. Bettis, to set aside fraudulent transfers, and to foreclose federal tax liens against certain real property located at 6704 50th Street, Sacramento, California 95823, ("the property at issue").

  2. The United States named the State of California Franchise Tax Board as a defendant in this matter because the United States believed that the State of California Franchise Tax Board had an interest in the property at issue.

**VOLUNTARY DISMISSAL**

3. On May 8, 2007, the State of California Franchise Tax Board disclaimed interest in the property at issue.

4. In light of the foregoing, the State of California Franchise Tax Board has no interest in the outcome of this litigation and there is no reason for them to participate in this litigation.  Accordingly, the State of California Franchise Tax Board should be dismissed without prejudice as a defendant.

Dated this 9th day of May, 2007.

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

/s/-Erin B. Ashwell
PAUL HAM
ERIN B. ASHWELL
Trial Attorneys, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6432

Dated this 8th day of May, 2007.

/s/-Carissa A. Lynch
JOHN W. DAVIES, Chief Counsel, Bar #55144
EDWIN T. SHEA, Tax Counsel IV, Bar #145283
Lead, General Counsel Section,
CARISSA A. LYNCH, Tax Counsel, Bar #214918
FRANCHISE TAX BOARD
P.O. Box 1720, MS: A-260
Rancho Cordova, CA 95741-1720
Telephone: (916)845-7968

IT IS SO ORDERED.

DATED this 10th day of   May, 2007.

/s/ David F. Levi
The Honorable DAVID F. LEVI
Chief Judge, United States District Court

**VOLUNTARY DISMISSAL**                - 2 -