DAVID L. ARONOFF, CA BAR NO. 152606
GAYLE I. JENKINS, CA BAR NO. 168962
SAUL S. ROSTAMIAN, CA BAR NO. 235292
**THELEN REID BROWN RAYSMAN & STEINER LLP**
333 South Hope Street, Suite 2900
Los Angeles, California 90071-3148
(213) 576-8000; Fax: (213) 576-8080

Attorneys for Defendant
MISSION HILLS MORTGAGE CORPORATION

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    vs.<br><br>Harold W. Bettis; Maria Bettis; Mission Hills Mortgage Corporation; State of California Franchise Tax Board; Bettis Family Trust,<br><br>    Defendants. | Case No.: 07-CV-00491 RRB (EFB)<br><br>**STIPULATION AND ORDER AS TO**<br><br>**1) DISCLAIMER OF INTEREST OF MISSION HILLS MORTGAGE CORPORATION, AND**<br><br>**2) DISMISSAL OF MISSION HILLS MORTGAGE CORPORATION FROM ACTION**<br><br>Complaint Filed: March 14, 2007<br><br>Trial Date: None set |

IT IS HEREBY STIPULATED AND AGREED by the United States of America and defendant Mission Hills Mortgage Corporation ("Mission Hills") that:

1. On March 14, 2007, the United States filed this civil action to reduce to judgment federal tax assessments against defendant Harold W. Bettis, to set aside fraudulent transfers, and to foreclose federal tax liens against certain real property located at 6704 50th Street, Sacramento, California 95823, ("the property at issue").

2. The United States named Mission Hills as a defendant in this matter because the United States believed that Mission Hills might claim an interest in the property at issue.

PDF created with pdfFactory trial version www.pdffactory.com

3. On January 3, 2008, Mission Hills disclaimed interest in the property at issue.

4. In light of the foregoing, Mission Hills has no interest in the outcome of this litigation and there is no reason for it to participate in this litigation.

5. Accordingly, Mission Hills should be dismissed without prejudice as a defendant.

6. The parties shall bear their own attorneys' fees and costs.

Respectfully submitted,

U.S. DEPARTMENT OF JUSTICE

Dated: January 9, 2008        By:   /s/ Erin B. Ashwell

Erin B. Ashwell
Attorneys for Plaintiff
UNITED STATES OF AMERICA

THELEN REID BROWN
RAYSMAN & STEINER LLP

Dated: January 9, 2008        By:   /s/ Saul S. Rostamian

Saul S. Rostamian
Attorneys for Defendant
MISSION HILLS MORTGAGE
CORPORATION

**ORDER**

Having considered the stipulation of the parties, and for good cause shown, it is hereby ordered that Defendant Mission Hills Mortgage Corporation, having disclaimed any and all interest in the property at issue, is **DISMISSED** without prejudice from the action.

**IT IS SO ORDERED.**

Dated: January 10, 2008        By: /s/ Ralph R. Beistline_____

UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com