MCGREGOR W. SCOTT
United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814

ERIN B. ASHWELL
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone (202) 307-6421

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA; | ) | |
|---|---|---|
| | ) | Civil No. 2:07-cv-00491-RRB-EFB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HAROLD W. BETTIS; MARIA BETTIS; BETTIS FAMILY TRUST, | ) ) ) | |
| Defendants. | ) ) | |

The parties' STIPULATION is before the Court and, good cause being shown, it is HEREBY ORDERED that

1. The Scheduling Order, including the pretrial hearing set for May 7, 2008, is vacated.

2. In light of the parties' agreement that there are no contested legal or factual issues, the parties are excused from the requirement of filing a proposed pretrial order.

3. The parties shall submit a status report on or by May 29, 2008 updating the Court on the status of the pending offer.

IT IS SO ORDERED.

DATED this 24th day of April, 2008.

/s/ Ralph R. Beistline
The Honorable RALPH R. BEISTLINE
United States District Judge