MCGREGOR W. SCOTT
United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814

LAUREN CASTALDI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 514-9668

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA;<br><br>Plaintiff,<br><br>v.<br><br>HAROLD W. BETTIS; MARIA BETTIS; BETTIS FAMILY TRUST,<br><br>Defendants. | Civil No. 2:07-cv-00491-JAM-EFB<br><br>**STIPULATED MOTION FOR ENTRY OF JUDGMENT** |

The United States of America and Harold W. Bettis stipulate and agree to request an order directing that judgment be entered against Harold W. Bettis as follows:

**JUDGMENT**

1. It is Ordered and Adjudged that Harold W. Bettis is indebted to the United States for the unpaid assessed balances on individual federal income taxes and accrued interest and penalties for tax years 1987 through 1994 and 2004 in the amount of $668,459.99 as of May 31, 2008, plus interest pursuant to 26 U.S.C. § 6601, 6621, and 6622, and 28 U.S.C. § 1961(c) and other accruals as allowed by law until paid in full.

2. The United States in this case seeks to enforce federal tax liens on a property located at 6704 50th Street, Sacramento, California 95823 ("the subject property"). The subject property is legally described as follows:

**STIPULATED MOTION**

        Lot 1746, as shown on the " Plat of Parkway Estates Unit No. 20"
        Recorded in Book 71 of Maps, Map No. 17, records of said county.

APN. 039 0273-003.

    3.     It is further Ordered and Adjudged that Mr. Bettis is the sole owner of the subject property.

    4.     It is further Ordered and Adjudged that the United States has valid federal tax liens in the amounts set forth in paragraph 1, above, and additionally for the amount of $102,219.04, as of May 31, 2008, for tax, accrued interest, and penalties and less credits for tax years 1983, 1984, and 1986.  The tax assessments for tax years 1983, 1984, and 1986 were discharged at bankruptcy but the tax liens still attach to the subject property.

    5.     It is further Ordered and Adjudged that the federal tax liens on the subject property can be enforced and the property sold pursuant to 28 U.S.C. § 2001.  The sale shall be free and clear of the interests of Harold W. Bettis, Maria Bettis, and the Bettis Family Trust.  The Court, if necessary, will issue a separate Order of Judicial Sale at the application of the United States.

    6.     Each party shall bear its own respective costs and attorney's fees incurred with respect to this litigation.

    The United States and Harold W. Bettis so stipulate and request an order in accordance with the foregoing.

    Dated this 29th day of July, 2008.

                                Respectfully submitted,

                                MCGREGOR W. SCOTT
                                United States Attorney

                                /s/ Lauren Castaldi
                                LAUREN CASTALDI
                                Trial Attorneys, Tax Division
                                U.S. Department of Justice
                                Post Office Box 683
                                Ben Franklin Station
                                Washington, D.C.  20044
                                Telephone: (202) 514-9668

                                Attorney for the United States

Dated this 28th day of July, 2008.

/s/ John Maxey
JOHN MAXEY
Dudugjian & Swoyer
13 Sierragate Plaza
Roseville, CA 95678

Attorney for Harold W. Bettis

## ORDER

**IT IS HEREBY ORDERED** that the Clerk is directed to enter Judgment against Harold W. Bettis in favor of the United States as set forth above.

**IT IS SO ORDERED.**

Dated this: 29TH day of July, 2008.

/s/ John A. Mendez
HON.  JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE