LAWRENCE G. BROWN
Acting United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814

LAUREN CASTALDI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 514-9668
Email: lauren.m.castaldi@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA;<br><br>    Plaintiff,<br><br>  v.<br><br>HAROLD W. BETTIS; MARIA BETTIS;<br>BETTIS FAMILY TRUST,<br><br>    Defendants. | Civil No. 2:07-cv-00491-JAM-EFB<br><br>**ORDER GRANTING UNITED STATES' REQUEST FOR COUNSEL TO APPEAR BY PHONE** |

Upon good cause shown,

IT IS HEREBY ORDERED THAT the United States' Request For Counsel to Appear by Phone is GRANTED. Counsel for the United States may appear by phone at the hearing on the Motion for Entry of Order of Foreclosure and Judicial Sale scheduled for May 20, 2009, at 9:00 a.m.


Dated this: 12th day of May, 2009.    /s/ John A. Mendez
                                                      THE HONORABLE JOHN A. MENDEZ
                                                      United States District Court Judge

[Proposed] ORDER

Presented by:

LAWRENCE G. BROWN
Acting United States Attorney


 /s/ Lauren Castaldi
LAUREN CASTALDI
Trial Attorneys, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-9668

Attorneys for the United States

[Proposed] ORDER - 2 -