**FILED**

MAY 1 3 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
by _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA;<br><br>    Plaintiff,<br><br>    v.<br><br>HAROLD W. BETTIS; MARIA BETTIS;<br>BETTIS FAMILY TRUST,<br><br>    Defendants. | Civil No. 2:07-cv-00491-JAM-EFB<br><br>[PROPOSED] ORDER ON UNITED STATES'<br>MOTION FOR ORDER CONFIRMING SALE<br>OF REAL PROPERTY AND FOR<br>DISTRIBUTION OF PROCEEDS |

Upon consideration of the United States' Motion for Order Confirming the Sale of Real Property and for Distribution of Proceeds, and any opposition thereto:

The Court finds that the sale of the subject real property located at 6704 50th Street, Sacramento, California 95823, was conducted by the United States in compliance with 28 U.S.C. §§ 2001-2002, and that payment was made and accepted in substantial compliance with the terms of the Court's Order of Sale dated May 20, 2009. Accordingly, the motion is **GRANTED**, and it is hereby,

**ORDERED**, that the sale of the real property is confirmed, and the Internal Revenue Service Property Acquisition and Liquidation Specialist shall promptly deliver the appropriate deed thereto to the purchasers of such property; and it is further,

[Proposed] ORDER

1  **ORDERED**, that the Clerk shall disburse the proceeds of the sale from the Court's registry in the
2  following manner:
3  First, to the IRS (payable to the Internal Revenue Service, and sent to Attn: Hallie Lipscomb,
4  IRS, SA-5209, 4330 Watt Avenue, Sacramento, CA 95821,) for advertising, and re-keying expenses in
5  the amount of $1,986.50.
6  Second, to the Sacramento County Tax Collector, PO Box 508, Sacramento, CA 95812-0508, in
7  the amount of $1,380.69 for unpaid property taxes.
8  Third, to the United States (payable to the United States Treasury, and sent to U.S. Department of
9  Justice, Tax Division, P.O. Box 310, Ben Franklin Station, Washington D.C. 20044) for application to
10 the unpaid federal income tax liabilities of Harold W. Bettis, plus penalties and interest, for the tax years
11 1983, 1984, 1986, 1987 through 1994, and 2004, less the registry fee assessment.

13 Dated this: 13 day of MAY, 2010.

THE HONORABLE JOHN A. MENDEZ

28 [Proposed] ORDER                    - 2 -

1 | Presented by:

2 |

3 | BENJAMIN B. WAGNER
United States Attorney

4 |

/s/ Lauren Castaldi
5 | LAUREN CASTALDI
Trial Attorneys, Tax Division
6 | U.S. Department of Justice
Post Office Box 683
7 | Ben Franklin Station
Washington, D.C. 20044
8 | Telephone: (202) 514-9668

9 | Attorneys for the United States

[Proposed] ORDER — - 3 -